## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| DONALD JOHNSON,<br><br>　　　Plaintiff,<br>v.<br><br>FRANKLIN COLLECTION SERVICE, INC.,<br><br>　　　Defendant. | Case No. 2:20-cv-13114-BAF-APP<br><br>Honorable Bernard A. Friedman |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DONALD JOHNSON, and the Defendant, FRANKLIN COLLECTION SERVICE, INC., through their respective counsel that the above-captioned action is dismissed, on the merits and with prejudice, against, FRANKLIN COLLECTION SERVICE, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| Dated: April 16, 2021 | Respectfully Submitted, |
| **DONALD JOHNSON** | **FRANKLIN COLLECTION SERVICE, INC.** |
| */s/ Nathan C. Volheim*<br>Nathan C. Volheim<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax: (630) 575-8188<br>nvolheim@sulaimanlaw.com | */s/ Justin M. Penn* (*with consent*)<br>Justin M. Penn<br>*Counsel for Defendant*<br>Hinshaw & Culbertson LLP<br>151 North Franklin Street, Ste. 2500<br>Chicago, Illinois 60606<br>Phone: (312) 704-3000<br>Fax: (312) 704-3001<br>jpenn@hinshawlaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim