UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD JOHNSON,

    Plaintiff,                                      Civil Action No. 20-CV-13114

vs.                                              HON. BERNARD A. FRIEDMAN

FRANKLIN COLLECTION
SERVICE INC.,

    Defendant.
_____/

## **ORDER OF DISMISSAL**

On April 20, 2021, the parties filed an agreed stipulation of dismissal with prejudice [ECF. No. 12]. The Court therefore will dismiss the case.

Fed. R. Civ. P. 41.

IT IS ORDERED that the case is dismissed with prejudice and without costs, interest or attorney fees. The Court retains jurisdiction for a period of sixty days from the date of this order to enforce all terms of the parties' settlement agreement.

Dated: April 20, 2021
       Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge